UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

CHRISTOPHER M. HENTSCHEL,

Debtor.

Chapter 13
Case No. 14-10937

**ORDER GRANTING FIRST INTERIM APPLICATION OF GOODSPEED & O'DONNELL FOR COMPENSATION OF LEGAL SERVICES**

This matter came before the Court on the First Interim Application of Goodspeed & O'Donnell for Compensation of Legal Services (D.E. 209) (the "Fee Application") seeking allowance, on an interim basis, of $12,375.24 in fees and $956.68 in costs for a total of $13,331.92, exclusive of the applicant's voluntary reduction in the amount of $1,375.03.

A review of the fee detail attached to the Fee Application as Exhibit B exhibits a number of "block-billed" entries. By way of example, every time entry in Exhibit B for "Attend Court Call Hearing" is billed for 1.00 hour. Block-billing—the practice of billing tasks in half-hour and hour increments—is concerning due to its tendency to suggest either that time is being rounded off or that time records are not being kept contemporaneously. Both practices lend themselves to inaccurate timekeeping.

Notwithstanding the foregoing concerns, the fact that this is an interim application, no objections were filed, and the applicant voluntary reduced his fees in the amount of $1,375.03, it is hereby ordered that pursuant to 11 U.S.C. § 330(a), Goodspeed & O'Donnell Law Office, as counsel for the Debtor, is allowed the sum of $12,375.24 in fees and $956.68 in costs for a total of $13,331.92, which is reasonable compensation for services rendered to the Debtor between December 2, 2014 and March 1, 2017. The Debtor paid $2,500.00 of the allowed fees and expenses prepetition, leaving a post-petition balance of $10,831.92. The Trustee is further authorized to pay and shall pay any remaining portion of said post-petition balance as an administrative expense from the plan's original attorney's fees and administrative reserve, to the extend funds are available.

Dated: March 30, 2017

/s/ Peter G. Cary
Hon. Peter G. Cary
United States Bankruptcy Court